# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00453-CV

**J. B., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 257,265-B, HONORABLE JACK WELDON JONES, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

J.B. filed this accelerated appeal from the district court's decree terminating her parental rights to her minor children, J.R.N. and L.C.N., terminating the parental rights of J.R.N.'s father, M.N.N., and L.C.N.'s father, C.R.N., and appointing the Texas Department of Family and Protective Services as J.R.N. and L.C.N.'s managing conservator.

J.B.'s court-appointed attorney filed a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967) by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced on appeal. *See* 386 U.S. at 744; *see also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from termination of parental rights). Counsel certified to this Court that

he provided J.B. with a copy of the *Anders* brief and notice of her right to examine the appellate record and file a pro se brief.  J.B. did not file a pro se brief.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit.  Finding nothing in the record that might arguably support an appeal, we grant counsel's first amended motion to withdraw and affirm the order of termination.

_____

Jeff Rose, Justice

Before Justices Puryear, Rose and Goodwin

Affirmed

Filed:   September 27, 2013